UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOVANA N. MOUKENGESCHAIE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELTMAN, ELTMAN & COOPER, P.C., LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES L.P., SHERMAN ORIGINATOR LLC, ALEGIS GROUP LLC, SHERMAN FINANCIAL GROUP LLC, SHERMAN CAPITAL MARKETS LLC, SHERMAN ACQUISITION LIMITED PARTNERSHIP, SHERMAN ACQUISITION LLC, SHERMAN ACQUISITION II LIMITED PARTNERSHIP, SHERMAN ACQUISITION II GENERAL PARTNER LLC, SHERMAN CAPITAL, L.L.C., SHERMAN ORIGINATOR III LLC, SHERMAN CAPITAL GROUP INC., HUGER STREET LLC, MOULTRIE STREET LLC, WOOLFE STREET LLC, FULTON STREET LLC, AVONDALE STREET LLC, JASPER STREET LLC, CONCORD STREET LLC, HAGOOD STREET LLC, CHARLOTTE STREET LLC, ARCHDALE STREET LLC, JACOBS ALLEY LLC, PEACHTREE STREET LLC, GREENHILL STREET LLC, CHALMERS STREET LLC, PRINCESS STREET LLC, and UNKNOWN SHERMAN ENTITIES 1-50,<br><br>Defendants. | No. 1:14-cv-7539-MKB-CLP<br><br>**CLASS ACTION** |

### Notice of Voluntary Dismissal

PLEASE TAKE NOTICE that, under Fed. R. Civ. P. 41(a)(1)(A)(i), the above-titled action is dismissed without prejudice as to DEFENDANT WOOLFE STREET

1

LLC.

Dated: May 8, 2015

                                                Respectfully submitted,

                                 By:  /s/ Jonathan R. Miller
                                         Jonathan R. Miller
                                         One of Plaintiff's Attorneys

**Attorneys for Plaintiff**
Brian L. Bromberg
Jonathan R. Miller
Bromberg Law Office, P.C.
26 Broadway, 21st Floor
New York, NY 10004
(212) 248-7906

## Certificate of Service

I, Jonathan R. Miller, an attorney, hereby certify that on May 8, 2015, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

Brian L. Bromberg          brian@bromberglawoffice.com,

Concepcion A. Montoya      cmontoya@hinshawlaw.com,

Jonathan M. Robbin         jrobbin@blankrome.com.

Dated:  May 8, 2015

/s/ Jonathan R. Miller
Jonathan R. Miller

Jonathan R. Miller
Bromberg Law Office, P.C.
26 Broadway, 21st Floor
New York, NY 10004