# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg (Admitted in NY & CA)
Jonathan R. Miller, Associate (Admitted in NY, MO & NC)

26 Broadway, 21st Floor
New York, NY 10004
Phone: (212) 248-7906
Fax:    (212) 248-7908

January 13, 2017

<u>Via ECF and Fax</u>
Hon. Cheryl L. Pollak, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Fax: (718) 613-2365

    Re:    *Moukengeschaie v. Eltman, Eltman, & Cooper, P.C., et al.*
            <u>No. 14-cv-7539(MKB)(CLP)</u>

Dear Judge Pollak:

    My office represents Plaintiff Jovana N. Moukengeschaie in the above-named case. I am writing to request an extension of Plaintiff's deadline to file a Reply in further support of Plaintiff's pending Motion to Amend, ECF#109. The current deadline is January 18, 2017. The reason for this request is that, unexpectedly, this office must write several briefs on unusually short notice, including an appellant brief for a Second Circuit case that was placed on the expedited calendar.

    Plaintiff proposes that her new deadline to file a Reply be set for February 8. Both Defendants have consented to this revised briefing schedule.

    Thank you for your consideration of this matter.

Respectfully,

/s/ Jonathan R. Miller

Jonathan R. Miller

cc:    All Attorneys of Record (Via ECF)

*Request granted*
*So Ordered,*
/s/ Cheryl Pollak
USMJ
1/17/17