UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOVANA N. MOUKENGESCHAIE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>ELTMAN, ELTMAN & COOPER, P.C., et al.,<br>Defendant. | No. 14-cv-7539(MKB)(CLP) |

Notice of Attorney Jonathan R. Miller Change of Address

PLEASE TAKE NOTICE that the firm, address, and email address for Jonathan R. Miller, an attorney of record for the Plaintiff in the above-captioned case, has changed:

Old Information:

Bromberg Law Office, P.C.
26 Broadway, 21st Floor
New York, NY 10004
Tel: 212-248-7906
Fax: 212-248-7908
jonathan@bromberglawoffice.com

New Information:

Salem Community Law Office
301 N. Main St., 24th Floor
Winston-Salem, NC 27101
Tel: 336-837-4437
Fax: 336-837-4436
jmiller@salemcommunitylaw.com

Mr. Miller will continue to represent Ms. Moukengeschaie as an attorney of record from his new office.

Dated: September 26, 2017            Respectfully submitted,

/s/ Jonathan R. Miller
Jonathan R. Miller

<u>Certificate of Service</u>

      I hereby certify that on September 26, 2017, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of this Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

Dated: September 26, 2017

                                          <u>/s/ Jonathan R. Miller</u>
                                          Jonathan R. Miller
                                          301 N. Main St., Suite 2415
                                          Winston-Salem, NC 27101
                                          Phone: (336) 837-4437
                                          Fax: (336) 837-4436
                                          jmiller@salemcommunitylaw.com