UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOVANA N. MOUKENGESCHAIE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>ELTMAN, ELTMAN & COOPER, P.C., et al.,<br>Defendant. | No. 14-cv-7539(MKB)(CLP) |

Notice of Attorney Jonathan R. Miller Change of Email Address

PLEASE TAKE NOTICE that the email address for Plaintiff's attorney Jonathan R. Miller that currently appears on the docket for the above-referenced case is incorrect.

Old (Incorrect) Information:            New (Correct) Information:

jmiller@communitylaw.com            jmiller@salemcommunitylaw.com

Plaintiff respectfully requests that this information be updated in the Court's CM/ECF system.

Dated: November 20, 2017            Respectfully submitted,

/s/ Jonathan R. Miller
Jonathan R. Miller

## Certificate of Service

I hereby certify that on November 20, 2017, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all counsel of record by operation of this Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.


Dated: November 20, 2017

/s/ Jonathan R. Miller
Jonathan R. Miller
301 N. Main St., Suite 2415
Winston-Salem, NC 27101
Phone: (336) 837-4437
Fax: (336) 837-4436
jmiller@salemcommunitylaw.com