

December 4, 2017

**BY ECF**

Hon. Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

          Re:    *Moukengeschaie v. Eltman, Eltman & Cooper, PC, et al.*
                  *Docket No.: 14-cv-07539-MKB-CLP*

Dear Judge Pollak:

     We represent Defendants LVNV Funding, LLC and Resurgent Capital Services L.P. We submit this letter on consent of all parties and in accordance with Your Honor's prior directive. Defendants continue to review the potential class information and have advised Plaintiff of the status of its review. The Parties believe that another settlement conference with Your Honor could prove fruitful.

     We request that the conference be scheduled for the end of January/beginning of February to give the parties time to discuss settlement on their own and confirm that a conference could be successful. If a conference would not be useful, we will advise Your Honor in advance. But all parties believe that having a date certain on the calendar will help to move the case towards resolution.

     We thank the Court for its consideration in this matter and am available to answer any questions the Court may have.

                                          Respectfully submitted,

                                          BLANK ROME
                                          *Attorneys for Defendants LVNV Funding, LLC*
                                          *and Resurgent Capital Services L.P.*,

                                          By:    *s/ Jonathan Robbin*
                                                       Jonathan Robbin

cc:     Conception Montoya, Esq(Via ECF)
         Brian Bromberg, Esq. (Via ECF)
         Jonathan Miller, Esq. (Via ECF)

The Chrysler Building 405 Lexington Avenue New York, NY 10174
www.BlankRome.com