UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOVANA N. MOUKENGESCHAIE, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>ELTMAN, ELTMAN & COOPER, P.C., LVNV FUNDING, LLC AND RESURGENT CAPITAL SERVICE, L.P.,<br><br>    Defendants. | Civil Action No.: 14-cv-07539-MKB-CLP |

## NOTICE OF APPEARANCE

Kindly enter the appearance of the undersigned on behalf of the Defendant, ELTMAN, ELTMAN & COOPER, P.C., and send all future Court notices to the following:

                  /s/ *Thomas R. Dominczyk*
                  _____
                  Thomas R. Dominczyk
                  Attorney for Defendant,
                  Eltman, Eltman & Cooper, P.C.
                  5 Walter Foran Blvd., Ste 2007
                  Flemington, NJ 08822
                  (908) 237 4550

Date: February 8, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct of the foregoing Notice of Appearance was served on this date via the electronic filing system and regular mail, postage-prepaid, addressed to the following:

Jonathan Robert Miller
Salem Community Law Office
301 N. Main Street
24th floor
Winston-Salem, NC 27101
jmiller@salemcommunitylaw.com

Brian L. Bromberg
Bromberg Law Office, P.C.
26 Broadway
21st floor
New York, NY 10004
brian@brianbromberg.com

Jonathan M. Robbin
Blank Rome LLP
405 Lexington Ave
New York, NY 10174
jrobbin@blankrome.com

/s/ *Thomas R. Dominczyk*
_____
Thomas R. Dominczyk

Dated: February 8, 2018