

# HINSHAW
& CULBERTSON LLP

**ATTORNEYS AT LAW**
222 N. LaSalle Street
Suite 300
Chicago, IL 60601

Nabil G. Foster
312-704-3262
nfoster@hinshawlaw.com

T 312-704-3000
F 312-704-3001
www.hinshawlaw.com

February 8, 2018

**VIA ELECTRONIC FILING**

Hon. Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Moukengeschaie v. Eltman, Eltman & Cooper, PC, et al.*
      *Docket No.: 14-cv-07539-MKB-CLP*

Dear Magistrate Judge Pollak:

  We write pursuant to Local Civil Rule 1.4 to request that the Court approve the withdrawal of Hinshaw & Culbertson LLP (and each of its attorneys) as counsel of record for Defendant Eltman, Eltman & Cooper, PC ("Eltman"). Eltman has retained new counsel, Thomas Dominczyk of Maurice Wutscher LLP, who filed a notice of appearance in this action on February 8, 2018. (*See* ECF Doc. No. 128).

  As Your Honor is aware, discovery in this action is in the early stages and a settlement conference is scheduled for March 8, 2018. As such, the substitution of counsel will not delay the action. Our firm is not asserting a retaining or charging lien. Enclosed is a proposed order granting our application to withdraw.

  We thank Your Honor for his consideration of this matter.

            Respectfully submitted,

            HINSHAW & CULBERTSON LLP


         By: */S/ Nabil Foster*
            Nabil Foster

Hon. Cheryl L. Pollak
February 8, 2018
Page 2

cc: Brian L. Bromberg, Esq. (Via ECF)
Bromberg Law Office, P.C.
26 Broadway – 21st Floor
New York, New York 10004
*Counsel for Plaintiff*

Jonathan R. Miller, Esq. (Via ECF)
Salem Community Law Office
301 N. Main Street – 24th Floor
Winston-Salem, NC 27101
*Counsel for Plaintiff*

Jonathan M. Robbin, Esq. (Via ECF)
Blank Rome LLP
405 Lexington Ave.
New York, New York 10174
*Counsel for Defendants LVNV Funding LLC &
Resurgent Capital Services, L.P*

Thomas R. Dominczyk, Esq. (Via ECF)
Maurice Wutscher LLP
5 Walter Foran Blvd. – Suite 2007
Flemington, New Jersey 08822
*Counsel for Defendant Eltman, Eltman and Cooper, PC*

Eltman, Eltman and Cooper, PC (Via E-mail)