UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOVANA N. MOUKENGESCHAIE *on behalf of herself and all others similarly situated*,

        Plaintiff,

-against-

ELTMAN, ELTMAN & COOPER, P.C., LVNV FUNDING LLC and RESURGENT CAPITAL SERVICES, L.P.,

        Defendants.

14 –cv-07539-MKB-CLP

**ORDER**

Hinshaw & Culbertson LLP's application to withdraw as counsel of record for Defendant Eltman, Eltman & Cooper, P.C. is hereby granted.

Dated: February 8, 2018

SO ORDERED:

/s/ Cheryl L. Pollak
Hon. Cheryl L. Pollak

3011817100968562