# BLANKROME

The Chrysler Building
405 Lexington Avenue | New York, NY 10174
blankrome.com

February 27, 2018

**BY ECF**

Hon. Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re: *Moukengeschaie v. Eltman, Eltman & Cooper, PC, et al.*
       *Docket No.: 14-cv-07539-MKB-CLP*

Dear Judge Pollak:

  We represent Defendants LVNV Funding, LLC and Resurgent Capital Services L.P. We submit this letter on consent of all parties. While the Parties continue to engage in settlement discussions and have exchanged offers, at this point the parties request that clients be excused from the March 8th Conference. The Parties believe that at this time, client involvement is premature. Hopefully, enough progress can be made at the upcoming conference to allow for clients to attend a future conference.

  We thank the Court for its consideration in this matter and are available to answer any questions the Court may have.

*Request granted*
*So Ordered*
/s/ Cheryl Pollak
USMJ
2/28/18

Respectfully submitted,

BLANK ROME
*Attorneys for Defendants LVNV Funding, LLC and Resurgent Capital Services L.P.,*

By: *s/ Jonathan Robbin*
   Jonathan Robbin

cc: Thomas R. Dominczyk, Esq (Via ECF)
   Brian Bromberg, Esq. (Via ECF)
   Jonathan Miller, Esq. (Via ECF)