**BROMBERG LAW OFFICE, P.C.**

Brian L. Bromberg (Admitted in NY, NJ & CA)　　　　　　　　　　26 Broadway, 21st Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Phone: (212) 248-7906
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax:　 (212) 248-7908

March 12, 2018

<u>Via ECF</u>
Honorable Cheryl L. Pollak, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

　　　Re:　*Moukengeschaie v. Eltman, Eltman, & Cooper, P.C., et al.*
　　　　　　<u>No. 14-cv-7539(MKB)(CLP)</u>

Dear Judge Pollak:

　　My office represents Plaintiff Jovana N. Moukengeschaie in the above-named case.

　　I am writing to request an adjournment of the settlement conference scheduled for April 6, 2018. I am making this request because I am going to be in Florida that week for the Passover holiday. Defendants' attorneys have consented to this request. We have also conferred about alternate dates and we are all available on April 9 and 10, 2018.

Respectfully,

/s/ Brian L. Bromberg

Brian L. Bromberg

cc:　All Attorneys of Record (Via ECF)