# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOVANA N. MOUKENGESCHAIE, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>ELTMAN, ELTMAN & COOPER, P.C., LVNV FUNDING LLC and RESURGENT CAPITAL SERVICES, L.P.,<br><br>Defendant. | Civil Action No. 14-cv-07539-MKB-CLP |

## NOTICE OF APPEARANCE

Kindly enter the appearance of the undersigned on behalf of the Defendant Eltman, Eltman and Cooper, P.C., and send all future Court notices to the following:

                                      */s/ Donald S. Maurice, Jr.*
                                      Donald S. Maurice, Jr.
                                      Maurice Wutscher LLP
                                      Attorneys for Defendant
                                      Eltman, Eltman and Cooper, P.C.
                                      5 Walter Foran Blvd.
                                      Flemington, New Jersey 08822
                                      9082374570
                                      dmaurice@mauricewutscher.com

Date: March 15, 2018

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct of the foregoing Notice of Appearance was served on this date via the electronic filing system on all counsel of record.

                                              */s/ Donald S. Maurice, Jr.*
                                              Donald S. Maurice, Jr.

Date: March 15, 2018