US MAGISTRATE JUDGE CHERYL L. POLLAK         DATE: 4/10/18

TIME SPENT: _____

DOCKET NO. 14 CV 7539

CASE: Monkengerschafe v Eltman

____ INITIAL CONFERENCE           ____ OTHER/STATUS CONFERENCE
____ DISCOVERY CONFERENCE         ____ FINAL/PRETRIAL CONFERENCE
✓   SETTLEMENT CONFERENCE         ____ TELEPHONE CONFERENCE
____ MOTION HEARING               ____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

____ COMPLETED         _____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

_____

**FOR DEFENDANT:** _____

_____

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT CONFERENCE SCHEDULED FOR _____

____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____         DEF. TO SERVE PL. BY: _____

**RULINGS:**

Case referred to mediation