**B**ROMBERG **L**AW **O**FFICE, **P.C.**

Brian L. Bromberg (Admitted in NY, NJ & CA)                     26 Broadway, 21st Floor
                                                                                          New York, NY 10004
                                                                                          Phone: (212) 248-7906
                                                                                          Fax:    (212) 248-7908

September 24, 2018

<u>Via ECF</u>
Hon. Cheryl L. Pollak, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

         Re:    *Moukengeschaie v. Eltman, Eltman, & Cooper, P.C., et al.*
                    <u>No. 14-cv-7539(MKB)(CLP)</u>

Dear Judge Pollak:

My office represents Plaintiff Jovana N. Moukengeschaie in the above-named case. I am writing to provide the Court with a status update.

On June 25, 2018, the parties' attorneys attended a mediation session before Professor Paul B. Radvany, during which the parties agreed on the outlines of a settlement.

Earlier this month, Defendants provided my office with new, unanticipated information about class size which may affect the terms of the settlement. The parties' attorneys are still in the process of negotiating those effects.

I apologize for the delay in submitting this status letter, but things have been hectic because of the Jewish holidays, which fell in the middle of two successive weeks this year.

Respectfully,

/s/ Brian L. Bromberg

Brian L. Bromberg

    cc:     All Attorneys of Record (Via ECF)