# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg (Admitted in NY, NJ & CA)

26 Broadway, 21st Floor
New York, NY 10004
Phone: (212) 248-7906
Fax:    (212) 248-7908

November 28, 2018

<u>Via ECF</u>
Hon. Cheryl L. Pollak, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *Moukengeschaie v. Eltman, Eltman, & Cooper, P.C., et al.*
            No. 14-cv-7539(MKB)(CLP)

Dear Judge Pollak:

My office represents Plaintiff Jovana N. Moukengeschaie in the above-named case. I am writing to provide the Court with a status update.

The parties believe they have resolved the issue that arose after the settlement conference. I am going to draft settlement documents next week and should have them circulated to defense counsel for review by Friday, December 7, 2018.

Respectfully,

/s/ Brian L. Bromberg

Brian L. Bromberg

cc:   All Attorneys of Record (Via ECF)

*[Handwritten:]* Stip of dismissal or status report due by 12/31.

So Ordered

/s/ Cheryl Pollak
USMJ
11/30/18