**BROMBERG LAW OFFICE, P.C.**

Brian L. Bromberg (Admitted in NY, NJ & CA)

26 Broadway, 21st Floor
New York, NY 10004
Phone: (212) 248-7906
Fax:    (212) 248-7908

December 31, 2018

<u>Via ECF</u>
Hon. Cheryl L. Pollak, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *Moukengeschaie v. Eltman, Eltman, & Cooper, P.C., et al.*
             No. 14-cv-7539(MKB)(CLP)

Dear Judge Pollak:

My office represents Plaintiff Jovana N. Moukengeschaie in the above-named case. I am writing to provide the Court with a status update.

Jonathan Miller, Esq. and I completed a draft of the settlement agreement and forwarded it to defense counsel for review earlier today. While I had hoped to finish the draft of the agreement last week, there was some delay because I had to deal with an emergency involving a client of modest means who was about to have her wages unlawfully garnished and who, had the garnishment gone forward, might have lost her apartment.

Respectfully,

/s/ Brian L. Bromberg

Brian L. Bromberg

cc:   All Attorneys of Record (Via ECF)

*[Handwritten annotation:] Stip of dismissal or status report due 1/22. So Ordered /s/ Cheryl Pollak USMJ 1/7/19*