# ✴ SALEM COMMUNITY LAW OFFICE

Jonathan R. Miller, Attorney (Admitted in NC, NY & MO)
301 N. Main St., Ste. 2412, Winston-Salem, NC 27101
Tel: (336) 837-4437   Fax: (336) 837-4436

January 23, 2019

<u>Via ECF</u>
Hon. Cheryl L. Pollak, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *Moukengeschaie v. Eltman, Eltman, & Cooper, P.C., et al.*
             <u>No. 14-cv-7539(MKB)(CLP)</u>

Dear Judge Pollak:

This office, together with co-counsel, represents Plaintiff Jovana N. Moukengeschaie in the above-named case. I am writing to provide the Court with a status update and to request that the Court schedule a conference to address an issue that has arisen as the parties have been negotiating a class settlement agreement.

Plaintiffs' attorneys completed a draft of the class settlement agreement on December 31, 2018. Defendants' attorneys forwarded their proposed revisions to the agreement on January 9, 2019, and, on the same day, all counsel participated in a teleconference to discuss the settlement agreement. Another teleconference was held today, January 23, 2019, again with all counsel attending. During this call, the parties' attorneys agreed that it would be helpful to have Your Honor's input.

The parties suggest Monday, February 11; Tuesday, February 12; Monday, February 25; or Tuesday, February 26 as potential dates for the conference. The parties will be happy to suggest additional dates if none of those dates are convenient for the Court.

Finally, in order to keep costs down, I respectfully request permission to attend the conference telephonically. All other counsel have indicated that they would be able to attend the conference in person.

Respectfully,

/s/ Jonathan R. Miller

Jonathan R. Miller

cc: All Attorneys of Record (Via ECF)