UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____x
JOVANA MOUKENGESCHAIE,                  :
                                        :
                          Plaintiff     :
                                        :
     -against-                          :
                                        :
                                        :
                                        : No. 14-CV-7539 (MKB)(CLP)
ELTMAN, ELTMAN & COOPER, P.C., et al.,  :
                                        :
                          Defendant(s), :
_____x

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

    Please take notice of the following attorney information change(s) for: BRIAN LEWIS BROMBERG

OLD INFO:   FIRM NAME: Bromberg Law Office, P.C.
           FIRM ADDRESS: 26 Broadway, 21st Floor, NY, NY 10004
           FIRM TELEPHONE NUMBER: 212-248-7906
           FIRM FAX NUMBER: 212-248-7908

NEW INFO:   FIRM NAME: Bromberg Law Office, P.C.
           FIRM ADDRESS: 26 Broadway, **27th Floor**, NY, NY 10004
           FIRM TELEPHONE NUMBER: 212-248-7906
           FIRM FAX NUMBER: 212-248-7908

Dated: June 2, 2019

                                        /s/ Brian Lewis Bromberg
                                          Brian Lewis Bromberg