UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOVANA MOUKENGESHCAIE,<br>on behalf of herself<br>and all others similarly situated,<br><br>           Plaintiff,<br>           v.<br>ELTMAN, ELTMAN & COOPER, P.C.,<br>LVNV FUNDING, LLC, and RESURGENT<br>CAPITAL SERVICES, L.P.,<br><br>           Defendants. | No. 14-CV-7539-MKB-CLP |

*Stipulation of Dismissal*

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiff, Jovana Moukengeschaie, and counsel for defendants, Eltman, Eltman & Cooper, P.C., LVNV Funding, LLC, and Resurgent Capital Services, L.P., that this action is hereby dismissed with prejudice and without costs to either party. This Stipulation may be executed in counterparts and a copy of the signatures on this Stipulation serve the same purposes as an original signature.

Dated: July 21, 2021

Plaintiff Jovana Moukengeschaie

By: */s/ Brian L. Bromberg*
    Brian L. Bromberg
    Bromberg Law Office, P.C.
    352 Rutland Road #1
    New York, NY 11225
    Tel: (212) 248-7906

Dated: July 21, 2021

Defendants LVNV Funding, LLC and
Resurgent Capital Services, L.P.

By: *Jonathan M. Robbin*
    Jonathan M. Robbin
    J. Robbin Law, PLLC
    200 Business Park Drive, Suite 103
    Armonk, NY 10504
    Tel: (914) 685-5016

Dated: July 21, 2021
Defendant Eltman, Eltman & Cooper, P.C.

By: *Thomas R. Dominczyk*
    Thomas R. Dominczyk

        Maurice Wutscher, LLP
        5 Walter E. Foran Blvd, Suite 2007
        Flemington, NJ 08822
        Tel: (908) 237-4550

SO ORDERED

_____      Dated: _____, 2021
Cheryl L. Pollak, U.S.M.J.